UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN HAMLETT,<br><br>                       Plaintiff,<br><br>      -against-<br><br>LEGAL AID SOCIETY, ET AL.,<br><br>                      Defendants. | 23 CV 6737 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the September 19, 2024, order, this action is dismissed. The October 18, 2023 order granting Plaintiff IFP is vacated. (ECF 4.) The complaint is dismissed without prejudice under the PLRA's "three-strikes" rule. See 28 U.S.C. § 1915(g). Plaintiff remains barred from filing any future action IFP while he is in custody, unless he is under imminent threat of serious physical injury. Id. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Dated:  September 19, 2024
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge